MEC/2007R00136

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 07-467 (KSH) |
| | : | |
| OZER BILGI, a/k/a "PETER" | : | Order on Violation of |
| | : | Supervised Release |

This matter having come before the Court on the application of the United States Probation Office and the United States of America (Ralph J. Marra, Jr., Acting United States Attorney, by Mark E. Coyne, Assistant U.S. Attorney, appearing); defendant Ozer Bilgi having not contested the application; and this Court having found him (in the presence of his attorney, Salvatore J. Marinello, Esq.) guilty of a Grade A violation of his post-sentence supervision, and upon consideration of the arguments advanced by the parties; and for good cause shown;

IT IS on this 25 day of May, 2009,

ORDERED that defendant Ozer Bilgi is hereby committed to the custody of the Bureau of Prisons for a term of 15 months, to be served concurrently with the 36-month term of imprisonment imposed upon him as part of his sentence in 08-cr-402 (KSH).

_____
Hon. Katharine S. Hayden
United States District Judge